1  Michael P. Balaban   State Bar No. 9370
   LAW OFFICES OF MICHAEL P. BALABAN
2  10726 Del Rudini Street
   Las Vegas, NV  89141
3  (702)586-2964
4  Fax: (702)586-3023
   E-Mail: mbalaban@balaban-law.com
5
   Attorney for Plaintiffs RYAN JOSEPH, RICKEY
6  OSWALD and DENNIS LELAND

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN JOSEPH, RICKEY OSWALD, and DENNIS LELAND, | CASE NO. 2:18-cv-00448-JCM-NJK |
| Plaintiffs, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFFS MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) AND MOTION TO STRIKE PURSUANT TO FED.R.CIV.P. 12(f) |
| vs. | (First Request) |
| THE BERKELEY GROUP, LLC, dba NV JETS, a Nevada Limited Liabiltity Company; and DOES 1 through 20, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiffs response to Defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and motion to strike pursuant to Fed.R.Civ.P. 12(f) filed on March 19, 2018, for which the opposition is currently due by April 2, 2018, will be continued to April 20, 2018.

Said continuance is being stipulated to, to give Plaintiffs an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, and the fact that he will be out of town from April 5th through April 9th. No previous continuances or extensions have been granted to when Plaintiffs must respond to Defendant's motion to dismiss and motion to strike.

| LAW OFFICES OF MICHAEL P. BALABAN | ENENSTEIN PHAM & GLASS |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Robert A. Rabbat, Esq. |
| Michael P. Balaban, Esq. | Robert A. Rabbat, Esq. |
| 10726 Del Rudini Street | 3960 Howard Hughes Parkway, Suite 280 |
| Las Vegas, NV 89141 | Las Vegas, NV 89169 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Dated: April 2, 2018 | Dated: April 2, 2018 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 9, 2018