# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN JOSEPH, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> THE BERKELEY GROUP, LLC, dba NV JETS, <br><br> Defendant(s). | Case No. 2:18-CV-448 JCM (NJK) <br><br> ORDER |

Presently before the court is the matter of *Joseph et al v. Berkeley Group, LLC*, case number 2:18-cv-00448-JCM-NJK. On August 8, 2020, the Ninth Circuit Court of Appeals reversed in part and vacated in part this court's grant of NV Jets' motion to dismiss and entry of judgment in its favor. (ECF No. 25).

Since the Ninth Circuit's mandate, this case has stagnated. The parties are instructed to file a status report within 7 days of this order addressing what remains to be done, or in the alternative, file the appropriate motions to help move this case to a resolution.

Accordingly,

IT IS SO ORDERED.

DATED September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**